**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Toro Company,

Plaintiff,

vs.

Civ. No. 01-CV-836 JMR/SRN

Anelia Goldthwaite, Frank H. Goldthwaite, Jr., and William D. Read,

Defendants.

---

**ORDER**

---

Upon the foregoing stipulation, IT IS HEREBY ORDERED that the time within which Defendants may file an Answer in response to the Complaint in the above proceeding is hereby extended to July 15, 2001.

Dated: June 28, 2001

BY THE COURT:

Susan Richard Nelson

United States District Court Judge

JUN 28 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

TC3/759277.01
1506.83

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Toro Company,

Plaintiff,

vs.

Civ. No. 01-CV-836 JMR/SRN

Anelia Goldthwaite, Frank H. Goldthwaite, Jr., and William D. Read,

Defendants.

---

**STIPULATION**

---

It is hereby stipulated and agreed by The Toro Company, through its undersigned counsel, that the time within which Defendants may file an Answer or other responsive pleading in Response to the Summons and Complaint in the above proceeding may be extended to July 15, 2001.

Dated: June 25, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________________

Mark J. Kalla (159487)
James M. Jorissen (262833)
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
E-Mail: MKalla@oppenheimer.com
JJorissen@oppenheimer.com

ATTORNEYS FOR PLAINTIFFS
THE TORO COMPANY

FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

TC3/759246.01
1506.83