**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Toro Company,

Plaintiff,

vs.

Civ. No. 01-CV-836 JMR/SRN

Anelia Goldthwaite, Frank H. Goldthwaite, Jr., and William D. Read,

Defendants.

---

**STIPULATION** AND ORDER

---

It is hereby stipulated and agreed by The Toro Company, through its undersigned counsel, that the time within which Defendants may file an Answer or other responsive pleading in Response to the Summons and Complaint in the above proceeding may be extended to July 30, 2001.

Dated: July 12, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ____________________

James M. Jorissen (262833)
Anne Marie Solberg (260861)
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
E-Mail: JJorissen@oppenheimer.com
E-Mail: ASolberg@oppenheimer.com

ATTORNEYS FOR PLAINTIFFS
THE TORO COMPANY

FILED JUL 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Toro Company,

Plaintiff,

vs.

Civ. No. 01-CV-836 JMR/SRN

Anelia Goldthwaite, Frank H. Goldthwaite, Jr., and William D. Read,

Defendants.

---

**ORDER**

---

Upon the foregoing stipulation, IT IS HEREBY ORDERED that the time within which Defendants may file an Answer in response to the Complaint in the above proceeding is hereby extended to July 30, 2001.

Dated: July 17, 2001

BY THE COURT:

Susan Richard Nelson

United States ~~District Court~~ Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500