**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Toro Company,

Plaintiff,

vs.

Civ. No. 01-CV-836 JMR/SRN

Anelia Goldthwaite; Frank H. Goldthwaite; Jr.; and William D. Read,

Defendants.

---

**STIPULATION** AND ORDER

---

It is hereby stipulated and agreed by The Toro Company, through its undersigned counsel, that the time within which Defendants may file an Answer or other responsive pleading in Response to the Summons and Complaint in the above proceeding may be extended to December 1, 2001.

Dated: October 4, 2001

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________
James M. Jorissen, #262833
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
E-Mail: JJorissen@oppenheimer.com

ATTORNEYS FOR PLAINTIFFS
THE TORO COMPANY

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

TC3/781678.01
1506.83

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Toro Company,

Plaintiff,

vs.

Civ. No. 01-CV-836 JMR/SRN

Anelia Goldthwaite; Frank H. Goldthwaite, Jr.; and William D. Read;

Defendants.

---

**ORDER**

---

Upon the foregoing stipulation, IT IS HEREBY ORDERED that the time within which Defendants may file an Answer in response to the Complaint in the above proceeding is hereby extended to December 1, 2001.

Dated: Oct 5, 2001

BY THE COURT:

Susan Richard Nelson

United States Magistrate Judge

No further extensions will be granted